# J.L. Russo, P.C.

*John L. Russo*
*Attorney at Law*

**Counsel**
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

*Paralegal*
Maria Nunez, B.S.

March 15, 2022

**Via ECF**
Honorable. J. Paul Oetken
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: <u>United States of America v. Mariluz Fermin , Bellanilda Fermin and Juan Nolasco ,</u>
    Case No.: 22-CR-00012 (JPO)

Your Honor:

  This office represents, the Defendant Juan Nolasco in the above-referenced matter which is scheduled for an initial conference at 2:30 p.m. March 16, 2022

  **By this letter, the parties respectfully request a 30-45 day adjournment of the initial conference in this matter.**  The Government has made available extensive discovery which is still being reviewed with the Defendants.   The requested adjournment will permit the parties to evaluate the evidence and discuss resolution of the indictment prior to trial.

  This request is consented to by all defense counsel and AUSA Steiner. Both sides consent to, and request, the exclusion of time pursuant to the Speedy Trial Act. Given the above, we respectfully request that that he initial conference in this matter be adjourned for a period of 30-45 days. The Court's consideration of this request is greatly appreciated. Thank you.

Granted.
The March 16, 2022 pretrial conference is adjourned to May 2, 2022, at 12:30 pm.  The Court hereby excludes time through May 2, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered:  3/16/2022

Yours truly,

*John L. Russo*

John L. Russo (JR6200)

J. PAUL OETKEN
United States District Judge

Cc:   AUSA Mitzy Steiner**(VIA ECF)**
        Arthur Trakas, Esq.
        Kevin G. Roe, Esq.