UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| MARILUZ FERMIN, | **22 Cr. 12 (JPO)** |
| Defendant. | |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Stewart D. Aaron on May 3, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       May 9, 2023

_____
J. PAUL OETKEN
United States District Judge